UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| THE MANSION ON HOWARD LLC | § |
| | § |
| V. | § NO. 5:21-CV-00293-DAE |
| | § |
| SCOTTSDALE INSURANCE COMPANY | § |
| A NATIONWIDE COMPANY and | § |
| JOEL WAYNE MOONEY | § |

## JOINT STIPULATION OF DISMISSAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now, THE MANSION ON HOWARD LLC ("Plaintiff") and SCOTTSDALE INSURANCE COMPANY A NATIONWIEDE COMPANY and JOEL WAYNE MOONEY ("Defendants"), and file this their Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41.

1. On February 12, 2021, Plaintiff filed Plaintiff's Original Petition in the 73rd District Court of the State of Texas, County of Bexar, entitled "*The Mansion On Howard LLC vs. Scottsdale Insurance Company A Nationwide Company and Joel Wayne Mooney,*" Cause No. 2021-CI-02978.

2. On March 24, 2021, Defendants removed the lawsuit to this Court.

3. On March 19, 2021, Defendants filed their Original Answer.

4. Plaintiff moves to dismiss its claims made or which could have been made against Defendants.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal.

8. Plaintiff and Defendants have not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is **with prejudice** to re-filing.

WHEREFORE, Plaintiff, THE MANSION ON HOWARD LLC, and Defendants, SCOTTSDALE INSURANCE COMPANY A NATIONWIEDE COMPANY and JOEL WAYNE MOONEY, respectfully request that the Court dismiss this case with prejudice and for such other and further relief, general or special, at law or in equity, to which Plaintiff and Defendants may be justly entitled.

Dated: July 30, 2021

Respectfully submitted,

**Whyte PLLC**
1045 Cheever Blvd., Suite 103
San Antonio, Texas 78217
Telephone: (210) 562-2875
Facsimile: (210) 570-2322

By: /S/ Marc K. Whyte /Permission
    MARC K. WHYTE
    State Bar No. 24056526
    mwhyte@whytepllc.com

ATTORNEY FOR PLAINTIFF
THE MANSION ON HOWARD LLC

**ESPEY & ASSOCIATES, PC**
12400 San Pedro Avenue, Suite 200
San Antonio, Texas 78216
Telephone:	(210) 404-0333
Telecopier:	(210) 404-0336

By: _____
RICHARD W. ESPEY
State Bar No. 06667580
JONATHAN N. DARNELL
State Bar No. 24001967
espeyservice@lawespey.com

ATTORNEYS FOR DEFENDANT SCOTTSDALE INSURANCE COMPANY A NATIONWIDE COMPANY and JOEL WAYNE MOONEY