UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| THE MANSION ON HOWARD LLC, § | |
| § | |
| V. § | NO. 5:21-CV-00293-DAE |
| § | |
| SCOTTSDALE INSURANCE COMPANY § | |
| A NATIONWIDE COMPANY and § | |
| JOEL WAYNE MOONEY § | |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

On July 30, 2021, Plaintiff's and Defendants' Joint Stipulation of Dismissal filed by the Parties was received by the Court. After consideration, the Court is of the opinion that such Stipulation is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the stipulation is **GRANTED** and the case is dismissed with prejudice.

**IT IS SO ORDERED.**

**DATED**: August 2, 2021.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE